

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Dereck Wayne Fuller, Jr., Appellant

No. 06-19-00247-CR          v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 32487CR). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the order cumulating this sentence with that of his sentence for continuous trafficking of persons. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Dereck Wayne Fuller, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 4, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk